O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN KEITH VARNADO, | Case No. CV 09-1039-GHK (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DOMINGO URIBE, JR., | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  4/19/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE